■ DAVID R. D'ALESSANDRO, Individually and as Limited Administrator of the Estate of KIMBERLY A. D'ALESSANDRO, Deceased, Respondent, v EASTMAN KODAK COMPANY et al., Appellants, et al., Defendants. (Action No. 1.) DAVID R. D'ALESSANDRO, Individually and as Limited Administrator of the Estate of KIMBERLY A. D'ALESSANDRO, Deceased, Respondent, v EASTMAN KODAK COMPANY et al., Appellants. (Action No. 4.) DAVID R. D'ALESSANDRO, Individually and as Limited Administrator of the Estate of KIMBERLY A. D'ALESSANDRO, Deceased, Respondent-Appellant, v EASTMAN KODAK COMPANY, Appellant, and FRANK MONGEON, JR., Respondent. (Action No.

5.) (Appeal No. 1.) [683 NYS2d 463] —Cross appeal unanimously dismissed (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; see also, Chase Manhattan Bank v Roberts & Roberts, 63 AD2d 566, 567; CPLR 5501 [a] [1]) and order affirmed without costs. (Appeals from Order of Supreme Court, Monroe County, Fisher, J.—Summary Judgment.) Present— Green, J. P., Pine, Wisner, Callahan and Boehm, JJ.